No. 81–445.   BROADWAY DELIVERY CORP. ET AL. *v.* UNITED PARCEL SERVICE OF AMERICA, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–446.   MURRAY *v.* SUPREME COURT OF PUERTO RICO.   Sup. Ct. P. R.   Certiorari denied.

No. 81–449.   FALSTAFF BREWING CORP. ET AL. *v.* DEPENDAHL ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–456.   PRINCE *v.* GRIEVANCE COMMITTEE FOR THE SECOND & ELEVENTH JUDICIAL DISTRICTS.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 81–457.   ODEN ET AL. *v.* ANDERSON ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–459.   CONSOLIDATED OIL & GAS, INC. *v.* DIETZ ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 81–461.   ALEXANDER *v.* CHRYSLER CORP.   C. A. 6th Cir.   Certiorari denied.

No. 81–470.   DANIELLO *v.* OLIVETI.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 81–479.   GREAVES *v.* OREGON.   Ct. App. Ore.   Certiorari denied.

No. 81–482.   CAHILL ET UX. *v.* CITY OF CHESAPEAKE.   Sup. Ct. Va.   Certiorari denied.

No. 81–491.   ROY *v.* CIVIL SERVICE COMMISSION, CITY OF WYOMING, OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.